U.S. Depa[rtment of Justice]

United Sta[tes Attorney]
Southern D[istrict of New York]

The Silvio J. Mo[llo Building]
One Saint Andre[w's Plaza]
New York, New [York 10007]

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2020

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl
New York, New York 10007

May 22, 2020

Re:   *United States v. Alexander Collado*, 20 Cr. 89 (AT)

Dear Judge Torres:

    The parties jointly write to request that the conference scheduled in this matter for May 28, 2020 at 10 a.m. be adjourned for approximately four to six weeks. Defense counsel is not available on July 15, 2020, but the parties are otherwise generally available during that time period.

    The parties further write to address the trial scheduled to begin in this case on July 13, 2020. In light of the ongoing COVID-19 pandemic and the corresponding impact on the Court's operations, including the suspension of jury trials until further notice, the parties do not believe that the Court should set a new trial date at this time. *See* In re: CORONAVIRUS/COVID-19 PANDEMIC, 20 Misc. 197, at 2. Instead, the parties respectfully propose that the Court address a new date for trial at the next scheduled conference.

    Finally, the Government respectfully requests that the Court exclude time until the next scheduled conference date under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government submits that this exclusion would be in the interests of justice in light of the pandemic and because the parties are engaging in ongoing discussions regarding pretrial dispositions. Defense counsel consents to this exclusion of time.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for
the Southern District of New York

By: /s/ Elinor L. Tarlow
Elinor L. Tarlow
Assistant United States Attorney
(212) 637-1036

GRANTED. The conference scheduled for May 28, 2020 is ADJOURNED to **July 7, 2020**, at **2:00 p.m.** The parties shall inform the Court by **June 23, 2020** whether they consent to conducting the conference telephonically, and, if so, whether Defendant consents to appearing telephonically or waives appearance altogether.

It is further ORDERED that the time until July 7, 2020 is excluded from the Speedy Trial calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that this will allow time for the parties to discuss a possible disposition.

SO ORDERED.

Dated: May 22, 2020
      New York, New York

ANALISA TORRES
United States District Judge