```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __6/19/2020_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

ALEXANDER COLLADO,

           Defendant.

20 Cr. 89 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Defendant having filed an application for release on bail, ECF No. 15, it is hereby ORDERED that by **June 24, 2020**:

1. The Government shall file its response, and indicate whether it consents to adjudication on the papers, and

2. Counsel for Defendant shall file a letter stating whether Defendant waives any form of appearance in connection with his application and consents to adjudication on the papers.

SO ORDERED.

Dated: June 19, 2020
       New York, New York

*[signature]*
ANALISA TORRES
United States District Judge