

**U.S. Department**

*United States*
*Southern District*

*The Silvio J. Mollo*
*One Saint Andrew's*
*New York, New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2020

October 19, 2020

**BY ECF**

The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl
New York, New York 10007

Re:   *United States v. Alexander Collado*, 20 Cr. 89 (AT)

Dear Judge Torres:

The parties jointly write to request, after conferring with chambers, that the conference scheduled in this matter for October 22, 2020 be adjourned until November 24, 2020. The basis for this request is that the parties' discussions regarding a pretrial disposition and the Court's ability to hold in-person proceedings have been limited in light of the ongoing COVID-19 pandemic. The Government further requests that the Court exclude time until the next scheduled conference date under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A). The Government submits that this exclusion would be in the interests of justice in order to allow the defendant to continue to review discovery and for the parties to continue discussions regarding pretrial dispositions.  Defense counsel consents to this exclusion of time.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for
the Southern District of New York

GRANTED. The conference scheduled for October 22, 2020, is ADJOURNED to **November 24, 2020**, at **9:00 a.m**. It is further ORDERED that time until November 24, 2020, is prospectively excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), because the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial in that this will allow for the Defendant to continue to review discovery and for the parties to continue discussions regarding pretrial dispositions.

SO ORDERED.

Dated: October 19, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge