```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                -against-

ALEXANDER COLLADO,

                                Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/13/2021

20 Cr. 89 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The conference scheduled in this matter for July 15, 2021, is ADJOURNED to **July 19, 2021**, at **1:00 p.m.,** pursuant to ECF 43.

SO ORDERED.

Dated: July 13, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge