```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

                -against-                           20 Cr. 89 (AT)

ALEXANDER COLLADO,
                                                    **ORDER**
                                Defendant.
```

ANALISA TORRES, District Judge:

The hearing scheduled for July 19, 2021, at 1:00 p.m., is ADJOURNED to **July 19, 2021**, at **3:00 p.m.**

SO ORDERED.

Dated: July 16, 2021
       New York, New York

ANALISA TORRES
United States District Judge