USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

ALEXANDER COLLADO,

               Defendant.

20 Cr. 89 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled in this matter for November 9, 2021, is ADJOURNED to **November 18, 2021**, at **11:00 a.m**. The hearing shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf.

    By **November 11, 2021**, counsel must advise the Court of how many spectators will attend the proceeding. The parties must advise the Court by the same date how many individuals will be seated at counsels' tables. Special accommodations may need to be made if more than ten unvaccinated spectators are expected to attend, or more than three unvaccinated individuals are expected to be seated at each counsel's table.

    All individuals must practice social distancing at all times in the courthouse. Individuals must wear a mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, and masks with valves are not permitted.

    SO ORDERED.

Dated: October 25, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge