UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

ALEXANDER COLLADO,

              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/27/2021

20 Cr. 89 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled in this matter for November 18, 2021, is ADJOURNED to **November 22, 2021**, at **2:00 p.m**.

    SO ORDERED.

Dated: October 27, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge