```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

          -against-

ALEXANDER COLLADO,

                              Defendant.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2021

20 Cr. 89 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The sentencing scheduled in this matter for November 22, 2021, is ADJOURNED to **December 2, 2021**, at **1:00 p.m**.

SO ORDERED.

Dated: November 2, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge