UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

ALEXANDER COLLADO,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/18/2021

20 Cr. 89 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The sentencing scheduled in this matter for December 2, 2021, is RESCHEDULED to **November 30, 2021**, at **10:30 a.m.**

    SO ORDERED.

Dated: November 18, 2021
       New York, New York

ANALISA TORRES
United States District Judge